UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEAN TAITT, | § |
| | § |
| CRAIG FREEMAN, | § |
| | § |
| MARY OUSLEY, | § |
| | § |
| ANGELA BROWN, | § |
| | § |
| ABIGAIL PRATHER, | § |
| | § **CIVIL ACTION NO. 1:20-cv-01557** |
| MAIA FREEMAN, | § |
| | § |
| VERONICA REESE, | § |
| | § |
| MICHAEL PROCTOR, | § |
| | § |
| ISADORE SIMS, | § |
| | § |
| ALEXANDER SIMS, | § |
| | § |
| TAEBRYANNA SIMS, | § |
| | § |
| SHEILA COOPER, | § |
| | § |
| LYNELL COOPER, | § |
| | § |
| RODNEY R. JACKSON, | § |
| | § |
| DIQUAN S. JACKSON, | § |
| | § |
| JACQUEZ S. JACKSON, | § |

| | |
|---|---|
| **TIFFANY MAJOR,** | § § § |
| **MARLON O'NEIL,** | § § § |
| **LORENA O'NEIL,** | § § § |
| **FRANKLIN O'NEIL,** | § § § |
| **DELORIS O'NEIL,** | § § § |
| **DONNA GREEN,** | § § § |
| **JAKARI GREEN,** | § § § |
| **TIFFANY PUTMAN,** | § § § |
| **STEPHANIE PUTMAN,** | § § § |
| **JERMAINE AYDELOTT, INDIVIDUALLY AND AS NEXT FRIEND OF K.A., a MINOR,** | § § § § |
| **DONTAE AYDELOTT,** | § § § |
| **MARLON CARTER,** | § § § |
| **TONI CARTER,** | § § § |
| **TIFFANY CARTER,** | § § § |
| **TYRENA CARTER,** | § § § |
| **EUGENE CARTER,** | § § § § |

2

| | |
|---|---|
| **DEON MACK,** | § |
| | § |
| **ASHILIA MACK,** | § |
| | § |
| **KEELTA MILLS,** | § |
| | § |
| **DONALD LOWERS,** | § |
| | § |
| **MARY WARD,** | § |
| | § |
| **BRYAN MITCHELL, SR.,** | § |
| | § |
| **AARON MORGAN,** | § |
| | § |
| **ADRIAN PAYNE,**<br>**INDIVIDUALLY AND AS NEXT**<br>**FRIEND OF J.P., A MINOR,** | § |
| | § |
| **VANESSA PAYNE,** | § |
| | § |
| **NYSHANTE PAYNE,** | § |
| | § |
| **KENNETH PAYNE,** | § |
| | § |
| **SHERITA PAYNE,** | § |
| | § |
| **SHAVAR REYNOLDS,** | § |
| | § |
| **ANGEL SIMMONS,** | § |
| | § |
| **PAUL GRAHAM,** | § |
| | § |
| **LEONIA GRAHAM,** | § |

3

**STAFFORD TYSON,** §
§
§
**NITAUSHA TYSON,** §
§
§
**DETARENCE HARRIS,** §
§
§
**DOMINIQUE HARRIS,** §
§
§
**TAYINIKIA CARLTON,** §
§
§
**MISS BELCHER,** §
**INDIVIDUALLY AND AS NEXT** §
**FRIEND OF N.J., A MINOR,** §
§
§
**KRISTION BELCHER,** §
§
§
**CHARROD TAYLOR,** §
**INDIVIDUALLY AND AS NEXT** §
**FRIEND OF K.T., L.T., AND** §
**M.T., MINORS,** §
§
§
**ROSE NEAL,** §
§
§
**OSA NEAL,** §
§
§
**TASHOMBA TAYLOR,** §
§
§
**JAJA O'NEIL,** §
**INDIVIDUALLY AND AS NEXT** §
**FRIEND OF E.O., J.K.O., AND J.M.O.,** §
**MINORS,** §
§
§
**TONYA M. O'NEIL,** §
§
§
**JASMINE BAKER,** §
§
§

4

| | |
|---|---|
| **DENIZE ALTON-JOHNSON, INDIVIDUALLY AND AS NEXT FRIEND OF D.J., A MINOR,**<br><br>**YVETTE FRANKLIN,**<br><br>and<br><br>**ERIK ALTON,**<br><br>*Plaintiffs,*<br><br>*v.*<br><br>**THE ISLAMIC REPUBLIC OF IRAN,**<br><br>and<br><br>**THE REPUBLIC OF SUDAN,**<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiffs, hereby request that the Clerk mail a copy of the summons, complaint, and notice of suit to:

The Islamic Republic of Iran
The Ministry of Foreign Affairs
c/o Mohammad Javad Zarif
Imam Khomeini Square
Imam Khomeini Street
Tehran, Iran

by:  ☐  certified or registered mail, return receipt requested
     ☒  DHL
     ☐  Fed Ex

pursuant to the provisions of:

☐  FRCP 4(f)(2)(C)(ii)
☒  28 U.S.C. § 1608(a)(3)
☐  28 U.S.C. § 1608(b)(3)(B)
☐  28 U.S.C. § 1608(a)(4)

5

Dated: August 20, 2020

/s/ Matthew D. McGill
Matthew D. McGill
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
mmcgill@gibsondunn.com
(202) 955-8500