# EXHIBIT A

**From:** Shawn Creighton (DHL US) <shawn.creighton@dhl.com>
**Sent:** Friday, October 23, 2020 12:36 AM
**To:** Williamson, Brian
**Subject:** FW: Iran questions

[External Email]

Shawn,

Unfortunately due to Commercial and Operational reasons, services in and out of Iran are suspended until further notice. Limited shipping is available for Diplomatic mail under seal.

Thanks,

Daniel P. McMahon
Int'l Trade Affairs & Compliance
Export Compliance Analyst

DHL Express (USA), Inc.
236 Wendell H Ford Blvd
Erlanger, KY 41018
Phone: 859.817.8357
Daniel.McMahon@dhl.com

Schedule: M-F 7:00 - 15:00 EST

DHL Express – Excellence. Simply delivered.

Deutsche Post DHL Group



Any regulatory information contained herein is for informational purposes only and DHL assumes no responsibility for the accuracy of the information contained herein. DHL does not provide specific regulatory or legal advice to the public and you are encouraged to seek your own legal or compliance counsel.

This message is from DHL and may contain confidential business information. It is intended solely for the use of the individual To whom it is addressed. If you are not the intended recipient please contact the sender and delete this message and any attachment from your system. Unauthorized publication, use, dissemination, forwarding, printing, or copying of this E-Mail and its attachments is strictly prohibited.

GOGREEN – Environmental protection with DHL.
Please consider your environmental responsibility before printing this email.

**From:** Shawn Creighton (DHL US) <shawn.creighton@dhl.com>
**Sent:** Tuesday, October 20, 2020 3:31 PM
**To:** US OFAC <jtac-ofac@dhl.com>; Daniel McMahon (DHL US), external <Daniel.McMahon@dhl.com>

1

2

Cc: Express US ITAC Export Hotline <EXPUSITACExportHotline@dhl.com>
Subject: Iran questions



Hello ,

Hello team I had a question on what is allowed into Iran. I know the account needs to be OFAC approved but below were the notes I saw in ISD are a bit vague as to what is allowed to enter. I had a previous customer early in the year who I was told could not ship legal document's has that changed? Can my law firm customer ship to Iran a legal document is the question.



Contact Info:
Shawn Creighton
Account Manager
Tel: 800-228-3552 Ext. 46114 Email: shawn.creighton@dhl.com

CONFIDENTIALITY NOTICE: This message is from DHL and may contain confidential business information. It is intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient please contact the sender and delete this message and any attachment from your system. Unauthorized publication, use, dissemination, forwarding, printing or copying of this E-Mail and its attachments is strictly prohibited.