IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEAN TAITT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, <br><br> and <br><br> THE REPUBLIC OF SUDAN, <br><br> Defendants. | Civil Action No. 1:20-cv-01557-RC |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all Plaintiffs, through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against Defendant the Republic of Sudan.

Plaintiffs are not, by this notice, dismissing or taking any other action with respect to their claims against Defendant the Islamic Republic of Iran ("Iran"), which Plaintiffs intend to continue to pursue in this action upon completion of service of process upon Iran. *See United States v. All Assets Held at Bank Julius Baer & Company, Ltd.*, 307 F.R.D. 249, 252 (D.D.C. 2014) ("Although [Rule 41's] text refers to 'an action,' most federal courts agree that parties may voluntarily dismiss from a case only certain defendants.")

Dated: May 6, 2021

/s/ Matthew D. McGill
Matthew D. McGill (D.C. Bar No. 481430)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500

2

Facsimile: (202) 530-9522
mmcgill@gibsondunn.com

2